ACCEPTED
03-13-00123-CV
5759010
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 12:18:14 AM
JEFFREY D. KYLE
CLERK

**No. 03 – 13 – 00123 - CV**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 12:18:14 AM
JEFFREY D. KYLE
Clerk

In The Court Of Appeals
For The Third Court Of Appeals District
Austin, Texas

FRANCIS WILLIAMS MONTENEGRO,
*Appellant,*

v.

WELLS FARGO
*Appellee.*

ON APPEAL FROM COUNTY COURT AT LAW #2
TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. C-1-CV-12-006182

**APPELLANTS' MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

Francis Williams Montenegro
Counsel for Francis Williams Montenegro and Lynda Williams
State Bar No. 21533500
1503A E. 13th Street
Austin, Texas 78702
Telephone: (512) 554-2812
MontenegroLaw@gmail.com

# Identity of Parties and Counsel

**Appellant:**
Francis Williams Montenegro
Lynda Williams
**Appellant's Counsel:**
Francis Williams Montenegro
State Bar No. 21533500
1503A E. 13th
Austin, Texas 78702
Telephone: (512) 554-2812
Email:  Montenegrolaw@gmail.com

**Appellee:**
Wells Fargo Bank, NA
**Appellee's Counsel:**
Kirk A. Schwartz
Blake Henshaw
H. Gray Burks, IV
SHAPIRO SCHWARTZ, LLP
State Bar No. 24004908
5450 Northwest Central, Suite 307
Houston, TX 77092
Telephone:   (713) 933-1541
             (713) 933-1532
Facsimile:  (847) 879-4854
Email: kschwartz@logs.com
bhenshaw@logs.com
gburks@logs.com

TO THE HONORABLE SEVENTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 49.1, Appellants Francis Williams Montenegro and Lynda Williams, by and through their undersigned attorney of record, file this Final Motion for Extension of Time to File Motion for Rehearing, and for cause would show the following:

1) On June 3 2015, this court affirmed the judgment of the trial court in this cause. A Motion for Rehearing of this court's judgment, then, was due June 18, 2015

2) Because of the closing and moving of Appellants' law office, it was very difficult for Appellant Francis Williams Montenegro, representing himself *pro se* and also Appellant Lynda Williams, to adequately research and prepare the issues for his motion for rehearing by the original deadline of June 18, 2015. The stress of the move also aggravated counsel's medical condition for which he was hospitalized three times in the last four months. Appellant also requests his motion be granted pursuant to TRAP 49.8.

3) No previous motion for extension of time to file the motion for rehearing has been requested or granted.

4) This motion is made not for delay but in the interest of justice.

**PRAYER FOR RELIEF**

For the reasons set forth above, Appellant prays that this Court extend the deadline for filing his brief until July 20, 2015

Respectfully submitted,

/s/ Francis Williams Montenegro
Francis Williams Montenegro
Counsel for Appellants
State Bar No. 21533500
1503A E. 13th St.
Austin, Texas 78702
Telephone: (512) 554-2812

**CERTIFICATE OF CONFERENCE**

I Francis Williams Montenegro, Attorney for Appellants, hereby certify that I attempted to contact by email with of Philip Reeves of Shapiro Schwartz, LLP, counsel for Appellees. On June 19, 2015 I was informed that Mr. Reeves however is no longer with that firm. That same afternoon I consulted with Blake Henshaw of Shapiro Schwartz. He can only agree to a ten (10) day extension.

/s/ Francis Williams Montenegro
Francis Williams Montenegro
Counsel for Appellants

## CERTIFICATE OF COMPLIANCE

I, Francis Williams Montenegro, Counsel for Appellants, certify that

the word count for this motion, as counted by Microsoft Word, is 582.

/s/ Francis Williams Montenegro
Francis Williams Montenegro


## CERTIFICATE OF SERVICE

I, Francis Williams Montenegro, Attorney for Appellants, certify that a true and correct motion of this First Motion to Extend Time to File Appellant's Motion for Rehearing was on this 21st of June 2015, delivered to the counsel for Appellees, SHAPIRO SCHWARTZ, LLP, by electronic service through CaseFileExpress, and by email at: bhenshaw@logs.com , Attention Blake Henshaw.

/s/ Francis Williams Montenegro
Francis Williams Montenegro
Attorney for Appellants